IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CRYSTAL KURTTS, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION 09-712-M |
| CHIROPRACTIC STRATEGIES GROUP, INC., *et al.*, | : |
| Defendants. | : |

FINAL JUDGMENT

Pursuant to separate order entered this date granting Defendant Chiropractic Strategies Group Inc.'s motion for summary judgment, and denying Plaintiff Crystal Kurtts' motion for summary judgment, it is ORDERED, ADJUDGED and DECREED that JUDGMENT be entered in favor of Chiropractic Strategies Group, Inc. and against the Plaintiff on all counts.

DONE this 2nd day of March, 2011.

s/BERT W. MILLING, JR.
UNITED STATES MAGISTRATE JUDGE