IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

CRYSTAL KURTTS,

    Plaintiff,

v.

CHIROPRACTIC STRATEGIES GROUP, INC., *et al.*,

    Defendants.

CIVIL ACTION 09-0712-M

## AMENDED FINAL JUDGMENT

Pursuant to separate order entered this date granting Defendants Chiropractic Strategies Group Inc.'s and Mobile Spine & Rehab on the Loop, Inc.'s motion for summary judgment, and denying Plaintiff Crystal Kurtts' motion for summary judgment, it is ORDERED, ADJUDGED and DECREED that JUDGMENT be entered in favor of Defendants Chiropractic Strategies Group, Inc. and Mobile Spine & Rehab on the Loop, Inc. and against the Plaintiff on all counts.

DONE this 4th day of March, 2011.

                                    s/BERT W. MILLING, JR.
                                    UNITED STATES MAGISTRATE JUDGE